BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

SEALED FILED
NOV 0 3 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11 CR 00376 LJO |
| Plaintiff, | |
| v. | ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |
| ERNESTO SALGADO-GUZMAN, ET AL. | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed.

DATED: 11/3/11

_____
U.S. MAGISTRATE JUDGE

3