ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, VICTORIANO PACHECO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>VICTORIANO PACHECO,<br><br>   Defendant.<br>_____ | CASE NO. 1:11-CR-00376 DLB<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference calendared for October 22, 2012, be continued to November 13, 2012 at 1:00 p.m.

The continuance is necessary as several of the defendants, including Mr. Bazante-Pacheco, submitted handwriting exemplars.  Analysis of the samples will not be completed for another two to three weeks.  Also, Mr. Shrayberman is unavailable due to the fact that he is presently involved in a jury trial which is anticipated to last into early December.  The remaining defendants are in settlement discussions with the government.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

| | | |
|---|---|---|
|1| DATED: October 18, 2012 | /s/ Kimberly Sanchez |
|2| | Assistant United States Attorney |
| | | **This was agreed to by Ms. Sanchez via email on October 17, 2012** |
|3| | |
|4| DATED: October 18, 2012 | /s/ Yan Shrayberman |
|5| | YAN SHRAYBERMAN<br>Attorney for Defendant<br>ERNESTO SALGADO-GUZMAN |
|6| | **This was agreed to by Mr. Shrayberman via email on October 17, 2012** |
|7| | |
|8| DATED: October 18, 2012 | /s/ Mark Coleman |
|9| | MARK COLEMAN<br>Attorney for Defendant<br>DEMETRIO CORTEZ-SALGADO |
|10| | **This was agreed to by Mr. Coleman via email on October 17, 2012** |
|11| | |
|12| DATED: October 18, 2012 | /s/Roger Bonakdar |
|13| | ROGER BONAKDAR<br>Attorney for Defendant<br>ZEFERINA SALGADO GUZMAN DE CORTEZ |
|14| | **This was agreed to by Mr. Bonakdar via email on October 17, 2012** |
|15| | |
|16| DATED: October 18, 2012 | /s/ Hadi Ty Kharazi |
|17| | HADI TY KHARAZI<br>Attorney for Defendant<br>FLORENCIO MORALES-SOLANO |
|18| | **This was agreed to by Kharazi via email on October 17, 2012** |
|19| | |
|20| DATED: October 18, 2012 | /s/ Roger K. Litman |
|21| | ROGER K. LITMAN<br>Attorney for Defendant<br>VICTORIANO PACHECO |
|22| | |

23    IT IS SO ORDERED.

24   Dated:  **October 22, 2012**                            /s/ **Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE